**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANTOINE BOWMAN (#697842),

        Plaintiff,

v.

STOREKEEPER ERIC
WILLIAMS,

        Defendant.

Case No. 4:25-cv-13160
District Judge Shalina Kumar
Magistrate Judge Anthony P. Patti

_____/

## ORDER GRANTING MDOC DEFENDANT'S MOTION TO DEPOSE PLAINTIFF (ECF No. 20)

In this lawsuit, Antoine Bowman (#697842) sues Storekeeper Eric Williams, described as store personnel at the Michigan Department of Corrections (MDOC) Macomb Correctional Facility (MRF), alleging, *inter alia*, that Williams "arbitrarily and capriciously sanctioned [him] and restricted [his] store and securepak privileges for no penological interest." (ECF No. 1, PageID.2.)

Judge Kumar has referred this case to me for pretrial matters. (ECF No. 14.) Currently before the Court is Defendant's April 17, 2026 motion to depose Plaintiff. (ECF No. 20.) Bowman is currently incarcerated at the MRF. *See* www.michigan.gov/corrections, "Offender Search," (last visited Apr. 18, 2026).

Having reviewed the motion, I conclude that oral argument is not necessary as to the request for a deposition.  *See* E.D. Mich. LR 7.1(f)(2).  Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B), because Plaintiff is incarcerated.  Upon consideration, **IT IS HEREBY ORDERED** that Defendant's April 17, 2026 motion to depose Plaintiff (ECF No. 20) is **GRANTED**, and Defendant shall be permitted to take the deposition of Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure.  The deposition may occur either in person, by telephone, or via video teleconference, at Defendant's option and consistent with the requirements and needs of Plaintiff's place of incarceration.

  **IT IS SO ORDERED.** [1]

Dated: April 20, 2026

     ANTHONY P. PATTI
     UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).